**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| ARTHUR LEE GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV426-065 |
| | ) | |
| RICHARD COLEMAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

*Pro se* plaintiff Arthur Lee Green has filed a Complaint alleging he was subjected to unconstitutional conditions while confined at the Chatham County Jail. *See generally* doc. 1. The Court granted him leave to proceed *in forma pauperis* and directed him to return several forms. *See* doc. 4. He returned one of those forms. Doc. 7. When he did not return the second, the Court directed him to show cause why his case should not be dismissed. Doc. 8. He has responded and states that he does not wish to pursue his case. Doc. 9. The Court construes that response as a Motion to voluntarily dismiss this case, *see, e.g.,* Fed. R.

Civ. P. 41(a)(2), which is **GRANTED**. This case is **DISMISSED**. The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 22nd day of October, 2026.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA